RECEIVED

MAY 1 1 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLORS INTERNATIONAL SERVICES, INC. | *CIVIL ACTION NO. 6:10-1540 |
| VERSUS | *JUDGE DOHERTY |
| WILLIAM WEAVER | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion for Discretionary Dismissal [rec. doc.5] is **GRANTED**, and accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _11_ day of _May_, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE